**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| CHARLES W. HUMPHREY, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ADJUSTMENT BUREAU, INC. )<br>)<br>Defendant. ) | Case No. 3:15-cv-00794-JAM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CHARLES W. HUMPHREY, SR., and Defendant, AMERICAN ADJUSTMENT BUREAU, INC., by and through their respective attorneys, hereby stipulate to dismiss the within complaint with prejudice, all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

/s/ Gregory F. Arcaro
Gregory F. Arcaro
Attorney No. 19781
Attorney for Plaintiff
Upright Law LLC
10 Melrose Drive
Farmington, CT 06032
Phone: (860) 986-6660
Fax: (860) 676-9168
garcaro@grafsteinlaw.com

/s/ Michael J. Dugan
Michael J. Dugan
Attorney No. 18669
Attorney for Defendant
Litchfield Cavo LLP
82 Hopmeadow Street
Simsbury, CT 06089
Phone: (860) 413-2800
Fax: (860) 413-2801
dugan@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on December 9, 2015, a copy of the foregoing Stipulation of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              /s/ Gregory F. Arcaro
                                                Attorney for Plaintiff

Gregory F. Arcaro
Attorney No. 19781
Attorney for Plaintiff
Upright Law LLC
10 Melrose Drive
Farmington, CT 06032
Phone: (860) 986-6660
Fax: (860) 676-9168
garcaro@grafsteinlaw.com